**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

_____

PETER WHEELER,

                        Plaintiff,

         v.                                 9:11-CV-0719

KAREN PHILLIPS, Dept. of Programs,
Mid-State Correctional Facility; S. Fall,
Sergeant, Mid-State Correctional Facility,

                        Defendants.

_____

**APPEARANCES:**                              **OF COUNSEL:**

PETER WHEELER
c/o Dolores Hayes
30 Avenue V, Apt. 12B
Brooklyn, New York 11223
Plaintiff, *pro se*

HON. ERIC T. SCHNEIDERMAN        MICHAEL G. McCARTIN, ESQ.
Attorney General for the                 Assistant Attorney General
State of New York
The Capitol
Albany, New York 12224-0341
Attorney for Defendants

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

### ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge

Christian F. Hummel, duly filed on the 31st day of March 2014. Following fourteen (14) days

from the service thereof, the Clerk has sent me the file, including any and all objections filed by

the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion to dismiss as a sanction (Dkt. No. 52) is granted as to all defendants and that judgment be entered in favor of all defendants on all claims.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case. Plaintiff shall be served by certified mail, return receipt requested.

**IT IS SO ORDERED.**

Dated: April 23, 2014
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge